FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Lesley Angelo Farmer III

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2022 JUN -9 P 1: 31
CLERK _____
SO. DIST. OF GA.

(Enter above full name of plaintiff or plaintiffs)

v.

Sheriff J.T. Wilcher

Ms. Shalena Cook Jones - District Attorney

CV422 143

(Enter above full name of defendant or defendants)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?   Yes _____   No __✓__

   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1.  Parties to this previous lawsuit:

       Plaintiffs: N/A

       Defendants: N/A

   2.  Court (if federal court, name the district; if state court, name the county): N/A

   3.  Docket number: N/A

   4.  Name of judge assigned to case: N/A

5. Disposition
   (for example, was the case dismissed? appealed? is it still pending?):

   _____N/A_____

6. Approximate date of filing lawsuit: _____N/A_____

7. Approximate date of disposition: _____N/A_____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?   Yes _____   No _____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
   Yes _____   No __✓__

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: _____N/A_____

   Defendants: _____N/A_____

2. Court (name the district):

   _____N/A_____

3. Docket number: _____N/A_____

4. Name of judge assigned to case: _____N/A_____

5. Disposition
   (for example, was the case dismissed? appealed? is it still pending?):

   _____N/A_____

6. Approximate date of filing lawsuit: _____N/A_____

2

7. Approximate date of disposition: ___N/A___

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?   Yes _____ No _____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   Yes _____ No __✓__

1. If your answer to C is yes, name the court and docket number for each case:
   ___N/A___

II. Place of present confinement: ___Chatham County Detention Center___

A. Is there a prisoner grievance procedure in this institution? Yes __✓__ No ___

B. Did you present the facts relating to your complaint to the appropriate grievance committee?   Yes __✓__ No ___

C. If your answer to B is yes:

1. What steps did you take? ___I placed Complaints On Kiosk pertaining to the Grievance I've ask Coporal's Sgt Lt to Assist And Counselors I've Written "Records" The Month of May 2022___

2. What was the result? ___Negative " No Response Concerning My Obtaining the My Legal History of Arrest And Booking Times, Dates, Sentences And Release___

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?   Yes ___ No ___

If yes, what was the result? N/A

D. If you did not utilize the prison grievance procedure, explain why not: N/A

III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: Lesley Angelo Farmer III
Address: 1074 Carl Griffin Drive
Savannah GA 31405

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: Sheriff John T. Wilcher
Position: Sheriff of Chatham County
Place of employment: Chatham County Sheriff Complex
Current address: Savannah Ga.
1050 Carl Griffin Drive 30140

C. Additional defendants:
Ms. Shelina Cook Jones
District Attorney for Chatham County
133 Montgomery St. Suite 600
Savannah GA. 31401

4

IV. Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Case # SPCR 21-04621-J2

I "Lesley Angelo Farmer, The plaintiff in This Action has been held Prisoner illegally In the Chatham County Detention Center" Located At 1050 Carl Griffin Drive, Savannah GA. 31405

I Already been to Court for Charges Im being Held on. It has been #11 Months Since I've been to Court on These Charges" And the disposition was "Credit for Time Served" I've been Arrested For Probation Violation 4-6-22 From Another County, I did not bond out on SPCR 21-01527-J2 / I was Released, I do Not have a Contempt of Court on Said Charges" So Therefore the Jail is Continuing to Hold Me Illegally when the Law Says I am to be Released Regarding Chatham Co. Charges.

5

Continuation of Page IV

Case Spcr 21-01527-J2

I" Lesley Angelo Farmer III The Plaintiff in This Action has been held Prisoner illegually" in Chatham County Detention Center" Located At 1050 Carl Griffin Drive" Savannah GA. 31405

I've already been to Court on these said Charges 1st year Ago In the Presence of The Honorable Judge Odell  (Jan–March 2021) Honorable Judge P. Freesman Disposition Credit for Time Served & Released. I do Not have A Contempt of Court" I do Not have a bondsman" I bonded out on Spcr-21-01527-J2 I Reiterate I've been to Court On these Charges" – Double Jeopordy

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Invistigate immediately petitioners Claims "
Order the Chatham County Jail to Release
Petitioner from Custody Award
Punitive damages of "5000 a day," for
Each day Spent in Custody illegally,
And Any Way Relief of THis
Honorable Court deems NecESSary

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24th day of May, 19 2022

Prisoner No. P1 50802

(Signature of Plaintiff)

6

Lesley Angelo Farmer II
1074 Cord Griffin Drive
Savannah, GA. 30145

Savannah Division
United States District Court
P.O. Box 8286, Savannah, GA.
31412

RECEIVED
U.S. Marshals Service
Savannah Georgia

