IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LESLEY ANGELO FARMER, III, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>SHERIFF JOHN T. WILCHER, and )<br>SHELENA COOK JONES, District )<br>Attorney, )<br>)<br>    Defendants. )<br>_____) | CASE NO. CV422-143 |

## O R D E R

Before the Court is the Magistrate Judge's October 25, 2022, report and recommendation (Doc. 4), to which no objections have been filed. After a careful review of the record,[1] the report and recommendation (Doc. 4) is **ADOPTED** as the Court's opinion in this case. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**. (Doc. 1.) The Clerk is **DIRECTED** to close this case.

SO ORDERED this 14th day of December 2022.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (outlining the standard of review for report and recommendations (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam))).